Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Willie A. Blizzard*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GARY L. BRANDT,<br><br>        Plaintiff,<br><br>v.<br><br>TD BANK USA AND EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendants. | Case No.: 2:15-cv-01059-RFB-VCF<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES LLC** |

# NOTICE

The dispute between Plaintiff Gary L. Brandt ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") (jointly as the "Parties") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Equifax, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Equifax be vacated and that the Court set a deadline on or after July 1, 2016 for the Parties to file dismissal documents.

DATED this 3rd day of May 2016.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117
    *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of May, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 3, 2016, the foregoing NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
　　Michael Kind
　　7854 W. Sahara Avenue
　　Las Vegas, NV 89117