Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GARY L. BRANDT,<br><br>       Plaintiff,<br><br>v.<br><br>TD BANK USA AND EQUIFAX INFORMATION SERVICES LLC,<br><br>       Defendants. | Case No.: 2:15-cv-01059-RFB-VCF<br><br>**STIPULATION TO DISMISS TD BANK USA, N.A.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Gary L. Brandt ("Plaintiff") and Defendant TD Bank USA, N.A. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 12th day of July 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Dykema Gossett PLLC**

By: /s/ Brian Melendez
Brian Melendez, Esq.
4000 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402
*Attorney for Defendant TD Bank USA, N.A.*

IT IS SO ORDERED:

DATED: July 13, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 12, 2016, the foregoing STIPULATION TO DISMISS was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117